**Order entered July 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00469-CV

**RONNA HODGES, Appellant**

**V.**

**JOHN CURTIS HODGES, ET AL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC1700152**

## ORDER

As ordered to do so, appellant has filed written verification she has paid the fees for the clerk's and reporter's records. Accordingly, we **ORDER** Jennifer Lindenzweig, Hunt County Clerk, and Shannon N. Sudderth, Official Court Reporter of Hunt County Court at Law No. 2, to file the clerk's and reporter's record, respectively, no later than August 8, 2018.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Lindenzweig, Ms. Sudderth, and the parties.

/s/    DAVID EVANS
       JUSTICE